Morris Salomon, Respondent, v. North British and Mercantile Insurance Company of New York, Appellant.— Judgment affirmed, with costs, on 150 Appellate Division, 728. Present — Ingraham, P. J., Clarke, Scott,

Dowling and Hotchkiss, JJ. (Ingraham, P. J., dissented on dissenting opinion on former appeal.)

William S. McCotter, Appellant, v. Jackson Square Realty Company, Respondent.— Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. No opinion. Present — Ingraham, P. J., Clarke, Scott, Dowling and Hotchkiss, JJ.